| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIYACTE HARRIS, | Case No. 2:16-cv-02891-APG-CWH |
| Petitioner, | **ORDER** |
| v. | |
| NATALIE WOOD, et al., | |
| Respondents. | |

    Petitioner has filed an amended petition for a writ of habeas corpus (ECF No. 5). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Respondents will need to respond to the petition.

    IT THEREFORE IS ORDERED that the clerk shall electronically serve upon respondents a copy of the amended petition (ECF No. 5) and this order. In addition, the clerk shall return to petitioner a copy of the amended petition.

    IT FURTHER IS ORDERED that respondents shall have forty-five (45) days from the date on which the petition was served to answer or otherwise respond to the amended petition. Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including untimeliness, lack of exhaustion, and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then

petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply. If respondents file a motion, then petitioner will have fourteen (14) days to file a response to the motion, and respondents will have seven (7) days from the date of filing of the response to file a reply.

IT FURTHER IS ORDERED that, notwithstanding Local Rule LR IC 2-2(g) paper copies of any electronically filed exhibits need not be provided to chambers or to the staff attorney, unless later directed by the Court.

DATED: May 29, 2018

_____
ANDREW P. GORDON
United States District Judge