# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIYACTE HARRIS,<br><br>        Petitioner,<br><br>        v.<br><br>NATALIE WOOD, et al.,<br><br>        Respondents. | Case No. 2:16-cv-02891-APG-CWH<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 8), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 8) is **GRANTED**. Respondents will have through September 14, 2018, to file and serve an answer or other response to the amended petition (ECF No. 5).

DATED: July 13, 2018

                                                              ANDREW P. GORDON
                                                              United States District Judge