# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TIYACTE HARRIS,

        Petitioner,

v.

NATALIE WOOD, et al.,

        Respondents.

Case No. 2:16-cv-02891-APG-DJA

**ORDER**

Petitioner Tiyacte Harris has filed a counseled second amended protective petition for a writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 24) and a motion for leave to file a third amended petition (ECF No. 25). The respondents do not oppose the motion. ECF No. 26

IT IS ORDERED that Harris's motion for leave to file a third amended petition (**ECF No. 25) is GRANTED.** Harris will have up to and including October 28, 2019, to file a third amended petition.

IT FURTHER IS ORDERED that the respondents need not respond to the second amended protective petition (ECF No. 24).

IT FURTHER IS ORDERED that the schedule for filing an answer or motion to dismiss and subsequent briefing in the order dated July 29, 2019 (ECF No. 22) will apply upon the filing of the third amended petition.

DATED: August 19, 2019.

                                            ANDREW P. GORDON
                                            United States District Judge