# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIYACTE HARRIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>NATALIE WOOD, et al.,<br><br>　　　　　Respondents. | Case No. 2:16-cv-02891-APG-DJA<br><br>**ORDER** |

　　　　Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 28), and good cause appearing;

　　　　IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 28) is **GRANTED**. Petitioner will have up to and including November 12, 2019, to file a third amended petition.

　　　　DATED: October 29, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge