# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIYACTE HARRIS, | Case No. 2:16-cv-02891-APG-DJA |
| Petitioner, | **ORDER** |
| v. | |
| NATALIE WOOD, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 31), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 31) is **GRANTED**. Petitioner need not file a third amended petition until after the court resolves his motion for leave to conduct discovery (ECF No. 30).

Dated: November 12, 2019.

ANDREW P. GORDON
United States District Judge

1