# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIYACTE HARRIS,<br><br>    Petitioner,<br><br>v.<br><br>NATALIE WOOD, et al.,<br><br>    Respondents. | Case No.: 2:16-cv-02891-APG-DJA<br><br>**Order Granting Motion for Leave to Conduct Discovery**<br><br>[ECF No. 30] |

Petitioner has filed a motion for leave to conduct discovery. ECF No. 30. Respondents do not oppose the motion. ECF No. 33. The court finds that good cause exists for petitioner to conduct discovery, and the court grants the motion.

IT THEREFORE IS ORDERED that petitioner's motion for leave to conduct discovery (ECF No. 30) is **GRANTED**. Discovery must be completed within sixty (60) days from the date of entry of this order.

IT FURTHER IS ORDERED that petitioner will have thirty (30) days from the date of completion of discovery to file a third amended petition for a writ of habeas corpus or to file any other appropriate motion.

IT FURTHER IS ORDERED that if petitioner files a third amended petition, then the schedule for filing an answer or motion to dismiss and subsequent briefing in the order dated July 29, 2019 (ECF No. 22) will apply upon the filing of the third amended petition.

Dated: February 3, 2020.

                                                                ANDREW P. GORDON<br>
                                                                UNITED STATES DISTRICT JUDGE