# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Tiyacte Harris,

    Petitioner,

v.

Natalie Wood, et al.,

    Respondents.

Case No.: 2:16-cv-02891-APG-DJA

**Order Granting Motion for Extension of Time**

[ECF No. 35]

Petitioner having filed an unopposed motion for extension of time to complete discovery (first request) (ECF No. 35), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time to complete discovery (first request) (ECF No. 35) is **GRANTED**. Petitioner will have up to and including May 18, 2020, to complete discovery.

Dated: April 3, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE