# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tiyacte Harris,<br><br>    Petitioner,<br><br>v.<br><br>Natalie Wood, et al.,<br><br>    Respondents. | Case No.: 2:16-cv-02891-APG-DJA<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 37] |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 37), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 37) is **GRANTED**.  Petitioner will have up to and including July 17, 2020, to file a third amended petition for a writ of habeas corpus.

Dated: June 16, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE