# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tiyacte Harris,<br><br>            Petitioner,<br><br>v.<br><br>Natalie Wood, et al.,<br><br>            Respondents. | Case No. 2:16-cv-02891-APG-DJA<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 52), Petitioner not having filed an opposition and the time do so having expired, and good cause appearing;

I THEREFORE ORDER that Respondents' motion for enlargement of time (first request) (ECF No. 52) is granted. Respondents will have up to and including July 10, 2022, to file and serve their reply in support of their motion to dismiss.

Dated: June 22, 2022

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE