# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tiyacte Harris,<br><br>               Petitioner,<br><br>v.<br><br>Natalie Wood, et al.,<br><br>               Respondents. | Case No. 2:16-cv-02891-APG-DJA<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 56), and good cause appearing;

I THEREFORE ORDER that Respondents' unopposed motion for enlargement of time (first request) **(ECF No. 56) is granted**. Respondents will have up to and including November 14, 2022, to file and serve their answer to the remaining claims in the third amended petition.

Dated: September 12, 2022

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE