**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tiyacte Harris, | Case No. 2:16-cv-02891-APG-DJA |
| Petitioner, | **ORDER** |
| v. | |
| Natalie Wood, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 58), and good cause appearing;

I THEREFORE ORDER that Respondents' unopposed motion for enlargement of time (second request) **(ECF No. 58) is granted**. Respondents will have up to and including January 13, 2023, to file and serve their answer to the remaining claims in the third amended petition.

Dated: November 7, 2022

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE