# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tiyacte Harris,<br><br>              Petitioner,<br><br>v.<br><br>Natalie Wood, et al.,<br><br>              Respondents. | Case No. 2:16-cv-02891-APG-DJA<br><br>**ORDER** |

Petitioner having filed an unopposed motion for enlargement of time (first request) (ECF No. 62), and good cause appearing;

I THEREFORE ORDER that Petitioner's unopposed motion for enlargement of time (first request) **(ECF No. 62) is granted**. Petitioner will have up to and including April 10, 2023, to file and serve his reply to his third amended petition.

Dated: February 28, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE