# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tiyacte Harris,<br><br>Petitioner,<br><br>v.<br><br>Natalie Wood, et al.,<br><br>Respondents. | Case No. 2:16-cv-02891-APG-DJA<br><br>**ORDER** |

Petitioner having filed a motion for enlargement of time (second request) (ECF No. 64), and good cause appearing;

I THEREFORE ORDER that Petitioner's motion for enlargement of time (second request) **(ECF No. 64) is granted**. Petitioner will have up to and including April 24, 2023, to file and serve his reply to his third amended petition.

Dated: April 11, 2023

                                                   _____
                                                   ANDREW P. GORDON
                                                   UNITED STATES DISTRICT JUDGE