# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tiyacte Harris, | Case No. 2:16-cv-02891-APG-DJA |
| Petitioner, | **ORDER** |
| v. | |
| Natalie Wood, et al., | |
| Respondents. | |

This is a closed 28 U.S.C. § 2254 counseled habeas corpus case. Despite being represented by counsel, Petitioner Tiyacte Harris has filed a "Writ of Mandamus/Injunction." ECF No. 76. Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the court. LR IA 11-6. Harris's filing is a fugitive document not properly before the court. Accordingly, it shall be stricken.

I THEREFORE ORDER that the Clerk of Court strike the "Writ of Mandamus/Injunction" [ECF No. 76].

Dated: May 13, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE